**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

NOV 26 2019

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 17-35966 |
| Plaintiff-Appellee, | D.C. Nos. 4:16-cv-00073-BMM |
| v. | 4:06-cr-00080-BMM-1 |
| SEASON HOPE EAGLEMAN, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Montana
Brian M. Morris, District Judge, Presiding

Submitted October 22, 2019[**]
Portland, Oregon

Before: FARRIS, BEA, and CHRISTEN, Circuit Judges.

Season Hope Eagleman appeals the district court's order denying her motion

to vacate her sentence imposed in connection with Count Two of the indictment:

use of a firearm during a crime of violence under 18 U.S.C. § 924(c)(1)(A), where

the predicate "crime of violence" is assault with a dangerous weapon under 18

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

U.S.C. § 113(a)(3).  We affirm.

For the reasons set forth in our concurrently filed opinion in *United States v. Gobert*, No. 17-35970, we hold that assault with a dangerous weapon qualifies as a crime of violence under § 924(c)(3)(A).

**AFFIRMED.**